## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-2628
DIRECT FAX
917-777-2628
EMAIL ADDRESS
JAY.KASNER@SKADDEN.COM

February 12, 2025

**BY E-MAIL and ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007
ALCarterNYSDChambers@nysd.uscourts.gov

      RE:   *DM Cohen, Inc. v. Bradway, et al.*,
              Case No. 1:25-mc-00062

Dear Judge Carter:

      We write to notify the Court that we represent Amgen, Inc., a nominal defendant in the above-captioned matter (the "Proceeding"), in multiple related actions pending before the Honorable John P. Cronan and to respectfully request the Court hold in abeyance any decision on Plaintiff's *ex parte* motion to seal in this Proceeding.

      Today, we became aware of the filing of this Proceeding and believe that it relates to the same subject matter as multiple cases pending before Judge Cronan— including two related derivative matters originally filed as *Martin v. Bradway, et al.*, Case No. 1:23-cv-06754-JPC and *Clearwater v. Bradway, et al.*, Case No. 1:23-cv-10538-JPC. These cases were consolidated and stayed pending resolution of a related, putative securities class action which has been pending before Judge Cronan for approximately 23 months.

      We have contacted Plaintiff's counsel and asked to be provided with the material that is the subject of the *ex parte* application in this Proceeding, which we just received this afternoon. As such, we respectfully ask the Court to refrain from

Hon. Andrew L. Carter, Jr.
February 12, 2025
Page 2

ruling on the pending motion to seal to afford us an opportunity to review the material accompanying the motion to seal—which we understand contains references to confidential information provided to Plaintiff pursuant to an agreement between the parties—to determine if any information they plan to file publicly should be filed under seal. We further request permission to update the Court by Friday, February 14, 2025 at 5:00 P.M. ET with our position with respect to the *ex parte* application.

                                                    Respectfully submitted,

                                                    */s/* Jay B. Kasner

                                                    Jay B. Kasner

cc:      Honorable John P. Cronan (via Email)
           United States District Judge
           Southern District of New York
           500 Pearl Street, Room 1320
           New York, New York 10007
           CronanNYSDChambers@nysd.uscourts.gov

           All counsel of record via ECF.