UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

DM COHEN INC.,

                     **Plaintiff,**

       -against-

AMGEN INC. et al.,

                    **Defendants.**

------------------------------------------------------- x

1:25-mc-00062

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    This Court will conduct a telephone conference, in response to Defendant Amgen Inc.'s letter, on **February 13, 2025, at 12:30PM**. All parties shall appear and should contact the Court at **1-855-244-8681** (access code: 2319 454 5869#).

**SO ORDERED.**

Dated:   February 13, 2025
            New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**
                                      **Part I**