UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
DM COHEN INC.,

                **Plaintiff,**

      -against-

AMGEN INC. et al.,

               **Defendants.**
-------------------------------------------------------- x

1:25-mc-00062

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties are ordered to submit a joint status report by noon on February 18, 2025.

**SO ORDERED.**

**Dated:** February 13, 2025
          New York, New York

                                           **ANDREW L. CARTER, JR.**
                                           **United States District Judge**
                                           **Part I**